UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOWNSEL MYERS, JR., | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-114 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Respondent. | § | |

## ORDER STRIKING PLEADINGS AND DISMISSING CLAIMS WITHOUT PREJUDICE

On April 4, 2014, Petitioner, an inmate assigned to the Jester 4 Unit in Richmond, Texas, filed a document that appeared to challenge both the conditions of his confinement in Richmond, Texas, and a Nueces County conviction (D.E. 1). All claims related to Petitioner's conditions of confinement were severed and transferred to the Houston Division of the Southern District of Texas (D.E. 5). To the extent Petitioner was challenging a Nueces County conviction pursuant to 28 U.S.C. § 2254, those claims were retained, and Petitioner was directed to file his claims on a § 2254 form (D.E. 5, 6). Petitioner has done so, has been granted leave to proceed *in forma pauperis*, and Respondent's answer is due July 23, 2014 (D.E. 1, 5, 6, 7, 21, 33).

Petitioner has twice been advised that this Court will not hear his claims arising out of conduct of employees or conditions of confinement at the TDCJ Jester 4 Unit in Richmond, Texas (D.E. 5, 22). Petitioner must file those claims in the Houston Division of the Southern District of Texas, yet he continues to file such papers with this Court (*Id.*).

Accordingly, the Clerk is ordered to STRIKE and DISMISS from the record, without prejudice, all complaints relating to the conditions of Petitioner's confinement and the conduct of employees at the Jester 4 Unit (D.E. 10, 12, 15-17, 20, 23-31, 34-39, 41-42, 45). Petitioner may re-file those claims in the Houston Division of the Southern District of Texas.

ORDERED this 21st day of July, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE